UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD.<br><br>        Plaintiff,<br><br>v.<br><br>ANGEL JUVENILE PRODUCTS, ET AL<br><br>        Defendants | Civil Action No. 3:11-cv-1878–JTT-KLH |

**AMENDED NOTICE OF APPEAL**

    Notice is hereby given that LUV N' CARE, LTD., Plaintiff in the above named case filed a "Notice of Appeal" on August 4th, 2015 from the final judgment as to Plaintiff's Motion for Reconsideration in the granting of Defendant's Motions for Partial Summary Judgment which said Ruling on July 31st, 2015 has been certified by the District Court Judge Honorable James T. Trimble, Jr. under Federal Rule 54(B); however, today Plaintiff received an "Amended Memorandum Ruling" (R .#161) to Defendant's Motion For Partial Summary Judgment, which does not change the ruling as set forth in the District Court's original ruling, as it appears to only correct some clerical errors, but Plaintiff, out of an abundance of precaution, files this Amended Notice of Appeal to said Ruling as amended.

Dated: September 14, 2015                      Respectfully submitted,

                                                      *Joe D. Guerriero/s/*
                                                      Joe D. Guerriero, Bar Roll No. 06391
                                                      3030 Aurora Ave., 2nd Floor
                                                      Monroe, Louisiana 71201
                                                      (318) 338-3603
                                                      joed@nuby.com
                                                      *Attorney for Luv n' care, Ltd.*

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management was served on all counsel of record by electronic notification.

<u>/s/ Joe D. Guerriero</u><br>
OF COUNSEL